Case 4:17-mj-00455 Document 1 Filed 05/19/17 Page 1 of 5 PageID 1



ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:17-MJ-455 |
| ANTHONY ALEXANDER FERRARI (01) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about May 8, 2017, in the Northern District of Texas, the defendant, **Anthony Alexander Ferrari**, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance. In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

**Probable Cause:**

I, Special Agent C. Smith, under oath, duly state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, assigned to the Fort Worth Field Office in the Dallas Field Division. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief, but are not inclusive of all the evidence or information in the case.

1. On or about May 8, 2017, an undercover Parker County Sheriff's Office Investigator contacted **Anthony Ferrari**, via mobile phone, and negotiated the purchase of four (4) ounces of Methamphetamine from **Ferrari**. **Ferrari** agreed to meet the UC at a predetermined location in the White Settlement, Texas, area.

2. Texas DPS Special Agents observed **Ferrari**, driving a green Ford F150, pull into the parking lot of the predetermined location. Texas DPS Special Agents observed **Ferrari** park the vehicle and start working on the driver's side door and

Criminal Complaint – Page 1

lift the hood of the vehicle. The UC contacted **Ferrari**, via mobile phone, and **Ferrari** agreed to follow the UC to another location.

3. Texas DPS Highway Patrol Trooper, in a marked unit, observed **Ferrari** conduct a traffic violation and executed a traffic stop. Subsequently, the Texas DPS Trooper arrested **Ferrari** for the numerous traffic violations. The Texas DPS Trooper smelled marijuana emitting from **Ferrari's** vehicle. Upon search of the vehicle, the Texas DPS Trooper located marijuana residue and drug paraphernalia inside the vehicle. **Ferrari** was transported to Tarrant County Jail. The Texas DPS Troopers followed **Ferrari's** vehicle to the wrecker yard where they conducted a more thorough search.

4. The Texas DPS Special Agents removed the control panel for the driver's side window of **Ferrari's** vehicle and located two containers. Inside the containers, Agents located one (1) clear plastic bag, containing 119.5 grams of methamphetamine, which field-tested positive for the presence of methamphetamine. They also found a small clear plastic bag containing six (6) pills, believed to be ecstasy, a small bag containing 3.5 grams of marijuana, and one plastic bag containing 11 grams of methamphetamine, which field-tested positive for the presence of methamphetamine. And they found a green Crown royal bag that contained digital measuring scales and additional small bags commonly used for narcotics distribution.

Based upon the above facts and circumstances, I believe there is probable cause to believe that **Ferrari** did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

C. Smith
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SWORN AND SUBSCRIBED before me, at 2:00 am/pm, this 19th day of May, 2017.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

**Criminal Complaint – Page 2**