IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    NO. 4:17-MJ-455-BJ

ANTHONY ALEXANDER FERRARI  (01)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 14 2017
CLERK, U.S. DISTRICT COURT
_____
Deputy

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum and

1. Name of Detainee:   ANTHONY ALEXANDER FERRARI
   Year of Birth: 1978
   Booking No. 555496

2. Detained by: Denton County Sheriff's Office, 127 N. Woodrow Lane, Denton, Texas

3. Detainee is charged in this district by ( ) Indictment ( ) Information (X) Complaint
   ( ) Other, or is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary forthwith for Initial Appearance and Arraignment before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the United States District Court, for the Northern District of Texas, Fort Worth Division.

/s/ *Frank L. Gatto*
FRANK L. GATTO
Assistant United States Attorney

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

(CHARGE: Possession of Controlled Substance w/intent to Distribute, 21 U.S.C. § 841(a)(1) & (b)(1)(B)).

Date Signed: June 13, 2017

79FH= 98 5 HFI 9 7CDM
?5F9B A H7 <9 @@7 @9F?
.
.
.
By /s/ *JULIE HARWELL*
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
June 14, 2017

JEFFREY L. CURETON
U.S. MAGISTRATE DISTRICT JUDGE